FILED
CLERK, U.S. DISTRICT COURT

JAN 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. AUSTIN,<br><br>        Plaintiff,<br><br>        v.<br><br>A. VALENTINE, et al.,<br><br>        Defendants. | NO. ED CV 07-1390 VAP FMO<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the Second Amended Complaint, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed to the Report and Recommendation. The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

    1.    Judgment shall be entered dismissing the action with prejudice.

    2.    The Clerk shall serve copies of this Order and the Judgment on all parties.

DATED: Jan. 19, 2010.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE