FILED
CLERK, U.S. DISTRICT COURT
JAN 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. AUSTIN, | NO. ED CV 07-1390 VAP FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| A. VALENTINE, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 19, 2010.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE